No. 581. Siegal v. United States. February 6, 1933. Petition for writ of certiorari to the Court of Appeals of

the District of Columbia denied. *Mr. George Wolf* for petitioner. *Solicitor General Thacher* and *Messrs. Paul D. Miller, Harry S. Ridgely,* and *W. Marvin Smith* for the United States.